FILED
CLERK, U.S. DISTRICT COURT
MAY - 6 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Jose Oscar Cupitre Nunez <br><br> Defendant. | Case No. 8:19-cr-74-JVS-4 <br><br> ORDER OF DETENTION AFTER HEARING <br> (18 U.S.C. § 3142(i)) |

I.

A.  (X) On motion of the Government involving an alleged

   1. (X) crime of violence;

   2. ( ) offense with maximum sentence of life imprisonment or death;

   3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq.,/955a);

   4. ( ) felony - defendant convicted of two or more prior offenses described above.

B.  On motion (X) (by the Government)/( ) (by the Court sua sponte involving)

   1. (X) serious risk defendant will flee;

CR - 94 (02/94)        ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i)

|  1 |          2.   ( ) serious risk defendant will
|  2 |               a. ( ) obstruct or attempt to obstruct justice;
|  3 |               b. ( ) threaten, injure, or intimidate a prospective
|  4 |                  witness or juror or attempt to do so.
|  5 |                                  II.
|  6 |      The Court finds no condition or combination of conditions will
|  7 | reasonable assure:
|  8 |      A.   (✓) appearance of defendant as required; and/or
|  9 |      B.   (✓) safety of any person or the community;
| 10 |                                  III.
| 11 |      The Court has considered:
| 12 |      A.   (✓) the nature and circumstances of the offense;
| 13 |      B.   (✓) the weight of evidence against the defendant;
| 14 |      C.   (✓) the history and characteristics of the defendant;
| 15 |      D.   (✓) the nature and seriousness of the danger to any
| 16 |           person or to the community.
| 17 |                                  IV.
| 18 |      The Court concludes:
| 19 |      A.   (✓) Defendant poses a risk to the safety of other persons
| 20 |           or the community because: _nature of charges_
| 21 | _____
| 22 | _____
| 23 | _____
| 24 | _____
| 25 | _____
| 26 | _____
| 27 | ///
| 28 | ///

B.  (✓) History and characteristics indicate a serious risk
            that defendant will flee because: _____
            _____no ties to community_____
            _____family, no usual, no bail resources____
            _____
            _____

        C.  ( ) A serious risk exists that defendant will:
            1. ( ) obstruct or attempt to obstruct justice;
            2. ( ) threaten, injure or intimidate a witness/
            juror; because: _____
            _____
            _____
            _____

        D.  ( ) Defendant has not rebutted by sufficient evidence to
            the contrary the presumption provided in 18 U.S.C.
            § 3142 (e).

    IT IS ORDERED that defendant be detained prior to trial.

    IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections facility separate from persons awaiting or serving sentences or person held pending appeal.

    IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private consultation with counsel.

        DATED: __5/6/19__

                                    _/s/ John E. McDermott_
                                    ~~EDWARD INFANTE~~ JOHN E. MCDERMOTT
                                    UNITED STATES MAGISTRATE JUDGE

CR - 94 (02/94)       ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))       - 3 -